United States District Court
Southern District of Texas
ENTERED
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 17 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLANDO CALDERAS, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-94-CV-326 |
| WAYNE SCOTT, | § | |
| Defendant(s). | § | |

## ORDER OF DISMISSAL

The Petitioner filed this habeas corpus petition on November 22, 1996. Petitioner has made no attempt to resolve or prosecute his action since the case was transferred to this division on December 7, 1994. The Petitioner's failure to pursue this action indicates that he lacks diligence in prosecuting this suit.

Therefore, under the inherent authority necessarily vested in a court to manager its own affairs in order to achieve the orderly and expeditious disposition of cases and to avoid congestion in its calendar, this court determines that dismissal for want of prosecution is appropriate. See Rule 41(b), Fed. R. Civ. P.; Link v.Wabash R.R., 370 U.S. 626 (1962); Pond v. Brainiff Airways, Inc., 453 F.2d 347 (5th Cir. 1972); 5 J. Moore, Federal Practice § 41.11 (2d ed. 1968). Petitioner is advised, however, that upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). See Link, 370 U.S. at 635.

This action is **DISMISSED** with prejudice for want of prosecution.

The Clerk will provide copies to the parties.

Signed on _17_ day of August, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

```
CASE:      1:95-cv-00209
DOCUMENT:  3
DATE:      08/17/98

CLERK:     og
```

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 1 4 1998

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

George Mata §
§
versus § CIVIL ACTION B-95-209
§
United States of America §

Order

A review of the petition for writ of mandamus reveals that this document is a motion to compel the defendant to furnish transcripts in Mr. Mata's criminal case, CR B-89-321.

The motion is transferred to the criminal case and this civil case is closed.

Signed on ___August 14___, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge